UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LeROY WILSON, Jr., Inmate #23700343,<br><br>                          Plaintiff,<br><br>vs.<br><br>UNKNOWN Oceanside Police Officers; UNKNOWN Tri City Hospital Staff; UNKNOWN Oceanside Fire Department Staff; UNKNOWN Oceanside Trainers and Supervisors,<br><br>                         Defendants. | Case No.: 23-CV-270 TWR (DDL)<br><br>**ORDER (1) ADOPTING REPORT & RECOMMENDATION, (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (3) DIRECTING CLERK TO ENTER JUDGMENT, (4) DISMISSING CLAIMS AGAINST UNKNOWN PARTIES, AND (5) FOR PLAINTIFF TO SHOW CAUSE WHY HIS CLAIMS AGAINST DEFENDANT NELSON SHOULD NOT BE DISMISSED**<br><br>(ECF Nos. 60, 94) |

       Presently before the Court is Defendants City of Oceanside; Sgt. Jeff Brandt; Michelle Alarcon; and Officers Daniel Post, Aaron Weirich, Billy Walker, Natalie Laser, and Dustin Lundy' Motion for Summary Judgment or Partial Summary Judgment ("Mot.," ECF No. 60). Magistrate Judge David D. Leshner has issued a Report and Recommendation for Order Granting Defendants' Motion for Summary Judgment ("R&R," ECF No. 94). Having carefully reviewed the Parties' arguments, Magistrate

Judge Leshner's R&R, the record, and the law, the Court **ADOPTS** Magistrate Judge Leshner's R&R in its entirety and **GRANTS** Defendants' Motion, as follows.

## BACKGROUND

Magistrate Judge Leshner's R&R contains a thorough and accurate recitation of the factual and procedural history underlying the instant Motion. (*See* R&R at 2–3, 4–13.) This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Leshner's R&R. (*See* R&R at 34 (ordering that any objections be filed no later than January 31, 2025).) Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. The Court therefore **ADOPTS** Magistrate Judge Leshner's R&R in its entirety and **GRANTS** Defendants' Motion.

/ / /

/ / /

/ / /

**CONCLUSION**

In light of the foregoing, the Court:

(1) **ADOPTS** in its entirety Magistrate Judge Leshner's R&R (ECF No. 94);

(2) **GRANTS** Defendants' Motion (ECF No. 60);

(3) **DIRECTS** the Clerk of the Court to enter judgment:

(a) in favor of Defendants City of Oceanside; Sergeant Jeff Brandt; Officers Daniel Post, Aaron Weirich, Billy Walker, Natalie Laser, and Dustin Lundy; and Field Evidence Technician Michelle Alarcon as to Plaintiff's claims arising under 28 U.S.C. § 1983; and

(b) in Defendants' favor as to all other causes of action, to the extent they survived the Court's initial screening pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), (see ECF No. 5);

(4) **DISMISSES WITH PREJUDICE** all claims against "unknown Tri City Hospital Staff" and "unknown Oceanside Fire and Paramedics;" and

(5) **ORDERS** Plaintiff Teddy LeRoy Wilson, Jr. **TO SHOW CAUSE** within twenty-one (21) days of the date of this Order why his claims against Probation Officer T. Nelson should not be dismissed for failure timely to effect service of process pursuant to Federal Rule of Civil Procedure 4(m) and Civil Local Rule 4.1(b). *If Plaintiff fails adequately to respond to this Order within the time provided, the Court will enter a final order of dismissal without prejudice as to Defendant Nelson for failure timely to effect service pursuant to Rule 4(m) and Civil Local Rules 4.1 and 41.1(b) and for failure to comply with this District's Civil Local Rules, the Federal Rules of Civil Procedure, and this Court's Order pursuant to Civil Local Rule 83.1(a).*

**IT IS SO ORDERED**.

Dated: February 6, 2025

_____
Honorable Todd W. Robinson
United States District Judge